IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00070-WDM-MEH

LANGSTON G. ALEXANDER,

    Plaintiff,

v.

WALMART STORES INCORPORATED,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2008.**

    Defendant has filed a Motion for Sanctions [docket #17; filed August 29, 2008) regarding alleged deficiencies in Plaintiff's cooperation in this case. The Court has considered Defendant's arguments as well as Plaintiff's explanations and is satisfied that no sanctionable conduct has occurred. The only allegation of real prejudice to the Defendant based on Plaintiff's conduct is defense counsel's appearance at Plaintiff's noticed deposition, at which Plaintiff did not appear. However, counsel had a fairly strong indication that Plaintiff would not appear, and the expense was avoidable. Plaintiff is proceeding *pro se*. The Court has had the opportunity to observe Plaintiff in Court on numerous occasions. The Court believes that some room for mistakes should be allowed here. The Court cautions Plaintiff that he must strictly abide by the Federal Rules of Civil Procedure and all deadlines imposed by the Court, including cooperating fully with counsel for the Defendant when obliged to do so. However, the motion for sanctions is **denied**.