IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00070-WDM-MEH

LANGSTON G. ALEXANDER,

    Plaintiff,

v.

WALMART STORES INCORPORATED,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2008.**

    Plaintiff's Motion to Compel [filed October 7, 2008; docket # 24] is **denied without prejudice** for Plaintiff's failure to comply with Fed. R. Civ. P. 37(a)(1) and D.C. Colo. LCivR 37.1.