IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00070-WDM-MEH

LANGSTON G. ALEXANDER,

    Plaintiff,

v.

WALMART STORES INCORPORATED,

    Defendant.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 22, 2008.**

    Pending before the Court is Plaintiff's second Motion to Compel and Request to Appeal [filed October 20, 2008; docket # 29]. Plaintiff's request to appeal (for reconsideration) is **denied**, and the motion to compel, again, is **denied without prejudice** for Plaintiff's failure to comply with Fed. R. Civ. P. 37(a)(1) and D.C. Colo. LCivR 37.1. Although Plaintiff is proceeding *pro se* in this matter, he remains obligated to know and comply with the court's rules and orders.