IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-0070-WDM-MEH

LANGSTON G. ALEXANDER,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

## ORDER ON MOTION TO STAY JUDGMENT

Miller, J.

    This case is before me on Plaintiff's Motion to Stay Judgment (doc no 61). Judgment entered against Plaintiff on May 5, 2009 (doc no 51). There are no other pending motions, and Plaintiff has not filed a notice of appeal. Plaintiff filed his motion on July 7, 2009, seeking a 90-day stay of the judgment because he is "still unemployed, and attempting to seek legal assistance." There is no authority under Rule 62 of the Federal Rules of Civil Procedure for staying the judgment under these circumstances.

    Accordingly it is ordered:

    1.    Plaintiff's Motion to Stay (doc no 61) is denied.

    DATED at Denver, Colorado, on August 5, 2009.

                                                  BY THE COURT:

                                                  s/ Walker D. Miller
                                                  United States Senior District Judge

PDF FINAL