IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.     08-cv-00070-WDM-MEH

LANGSTON G. ALEXANDER,

    Plaintiff,

v.

WALMART STORES INCORPORATION,

    Defendant.

_____

**ORDER**
_____

By order filed May 4, 2009, I awarded Defendant its reasonable attorneys' fees and costs and Defendant submitted an itemization of its attorneys' fees together with exhibits and affidavits pursuant to D.C.COLO.LCivR 54.3 and § VII of my Pretrial and Trial Procedures seeking $12,575 in attorneys' fees.  Following review and being sufficiently advised in the premises I find that the claim is reasonable and order that judgment shall enter in favor of the Defendant and against the Plaintiff for attorneys' fees in the amount of $12,575.

DATED at Denver, Colorado on August 6, 2009

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge